

# Fourth Court of Appeals
## San Antonio, Texas

October 2, 2015

No. 04-15-00163-CR

Elias Ramon-**SANCHEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 2nd 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 14-0486-CR-A
Honorable W.C. Kirkendall, Judge Presiding

## O R D E R

The Appellant's motion for presentence investigation report to be included in the Appellate Record is DENIED.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 2nd day of October, 2015.

_____
Keith E. Hottle
Clerk of Court